Good morning, Your Honors. My name is Matthew Campbell. I'm an attorney with the Federal Defenders of Eastern Washington and Idaho. I'm representing Appellant Wendi Harris. Today I'd like to discuss two issues, the first being whether the offense charged in the superseding indictment was an improper merger of 18 U.S.C. sections 912 and 913, as well as whether there was legally sufficient evidence that Ms. Harris represented herself as an officer, agent, or employee of the United States, and whether Mr. Arthur and Mr. Mellon were in fact detained. Counsel, could you keep your voice up? I'm having some difficulty hearing you. I apologize. That's all right. Going to the first issue as to improper merger, sections 912 and 913 obviously follow one another. They are related, but they are by no means identical. Section 913 applies where a person makes a false representation as an officer, agent, or employee of the United States and arrests or detains any person, whereas section 912 speaks to falsely assuming or pretending to be an officer or employee acting under the authority of the United States or any department agency or officer thereof and then demands or obtains any money, paper, document, or thing of value. In this case, the indictment alleged a false representation as an officer, agent, or employee of the United States, and this is the difficult language, to wit, an employee and special agent of the FBI and a federal agent acting under the authority of a federal judge or federal court. That language, we believe, is problematic, as well as the fact that it said, and in that assumed character, which again is similar to section 912, arrests or detains any person. Why can't the authority of a federal judge or federal court be just surpluses? The rest of it is 913, isn't it? The remainder of it is largely 913, although there is the discussion in what I would call the third element of in the assumed character, and using that assumed again refers back to... Do you have to prevail on this? Do you have to somehow show that you really weren't on notice of what this was about and somehow it put you at a disadvantage? I mean, it just seems to me that there was absolutely no doubt about what this trial was about, how would you have done anything differently? I understand. It seems like a technicality that how were you prejudiced? What didn't you know? Was the jury wrongly instructed? We're not arguing that a lack of notice is an unfair surprise. What we are arguing is that the charge itself essentially was a charge that was brought before the grand jury and that they returned the indictment on essentially doesn't exist, that by using this amalgamation of 912 and 913 that they've created an offense which simply doesn't exist, so that in the end when a verdict is ultimately reached by the petite jury, they're affirming something that was not criminal in the first place when the indictment was returned. In regard to the surplusage issue, the difficulty we believe is that in essence the grand jury was presented with two different alternatives for finding that this supposed crime had been committed. The first being the perhaps accurate recitation of being an officer agent employee of the United States, but I believe that the language to wit amounted to essentially an instruction where the grand jury or whoever is reading the indictment is told that acting under the authority of a federal judge or federal court amounts to satisfying the elements of 913. Did the indictment have the to wit language in it? The indictment had the to wit language. Where is that in the record? That would be excerpts, I believe it's at page one to two. It's in the first volume. Essentially what happened, this was raised pre-trial in a trial brief. It was raised before the court. The district court essentially denied it. It struck, I believe, the words and pretended from that, what I'm calling element C. It said, in assumed and pretended character, arrest or detains any person. The district court struck the and pretended, but it left that to wit language in full. We do believe that's error. Obviously, as I mentioned, these statutes follow one another and they have different elements. I believe it would be improper to use this different language that Congress obviously chose and presume that they essentially mean the same thing. Counsel, okay, I'm looking at the language of the indictment. Which language are you saying made this a hybrid? The to wit language you're saying made it a hybrid? The to wit language, Your Honor. To wit, an employee and special agent of the FBI, and then specifically, and a federal agent acting under the authority of a federal judge or federal court. That's the part you're talking about, and a federal agent acting under the authority. Is there any element of Section 913 that was not included in this indictment? No, Your Honor. I believe that the elements were spelled out. All the elements of 913 were there. Your complaint is there was something extra there that you say that's from 912 that made this a nonexistent crime. That's correct, but with the specification that I believe it's not just that there was an added element. There is some case law that says if you add an element and make the government's job more difficult, that no harm, no foul, that's just making the government's job more difficult. But that this language, in effect, modified the element of 913 is what we're arguing. That the to wit language essentially modified the more strict element of being an officer, agent, or employee and then included this acting under the authority as an alternative way to prove that element. But it didn't say alternative. It didn't say or. It did not say or, but I believe that the way it's written, the and language would actually be satisfied if someone found that the defendant had said, I'm acting under the authority of a federal judge or federal court. It seems to me that that's the reading and ultimately that's the testimony that largely occurred at trial. What case within the Ninth Circuit is your strongest authority for your argument that this charged a nonexistent criminal? I believe there's several cases. Give me your very strongest one. Well, in United States v. Feaster, which was cited in the brief, it discussed and granted in a slightly different context, it discussed whether what would happen if you charged a hybrid crime, a crime that didn't exist. In that situation they were discussing if you charged a conspiracy case which alleged half of a conspiracy and half of a substantive crime. And they said there that that could very well be a fatal defect. So that's your strongest case? Correct. In that case they didn't ultimately find it, but in that case there had been no timely objection to the indictment. But we believe between that and also the United States v. Dubot case, again, which is cited where they discussed the failure to include a mens rea element in the indictment. And they said that that, again, was a fatal defect. But this case is different because all of the elements were included of 913. You've acknowledged that, that all of the elements for 913 were there. All of the language citing the elements were there, but, again, I do want to specify because of the additional language, I believe that the element regarding agent employee of the United States was modified. So I don't believe that it accurately set forth the correct elements. I believe it set forth the language, but then by modifying it, it changed. Is there anything wrong with the instructions that were given to the jury? On this specific issue, no. The instructions actually followed, did not include the under authority of a judge or federal court. Moving on briefly, I do want to touch on our other arguments regarding legal insufficiency of the evidence. In this case, there were two issues, again. One was whether there was representation as a federal officer, agent, or employee. I won't cite every bit of the testimony. It is cited in the briefs. However, what we essentially have here is a person who represented herself as a private investigator. She showed a private investigator badge. Well, isn't that an issue of fact that the jury determined? I mean, there was testimony from the two victims that she represented herself at first to be a private investigator, but then later on said she was a federal agent. And the wife of one of the victims also said she represented herself. So wasn't that a credibility contest that the jury had to resolve? Obviously, the jury is required to resolve questions of credibility. However, in this case, what we believe happened was that a careful reading of the testimony shows that while on occasion the individual said she represented herself as a federal agent, when questioned further, what they said was she said she was working for a judge. She said she was working under authority of a federal court. And we're contesting whether that satisfies the statute. She said she was working with federal agents, her federal agents. I mean, there was enough evidence there to support it. I mean, viewed most favorably in the light of the government's position. Wasn't that enough evidence to establish that she represented herself to be a federal agent? Our position is that simply saying that one works under the authority of a federal court or a federal judge is not enough to establish that agency relationship required by the statute. Perhaps it would be enough under the broader language of Section 912, but that's not what she was charged with. Instead, she was charged with a violation of 913. The other issue that we believe, again, did not have sufficient evidence was the detention issue. Specifically, although- Counsel, Mr. Arthur testified that Harris told him she was a federal agent with investigative powers granted by Judge Terry Myers. And she would arrest him if he attempted to leave. When those issues were clarified, however, she stated that, and there's other testimony on this point, that she never said that she could arrest anyone. That, in fact, she referred to- That's her testimony, but did Mr. Arthur or the other victim or the victim's wife ever back down from their testimony regarding what she said? I know, I understand you're saying that she clarified her testimony, her statements, but did the victims ever back down from their testimony that she represented herself to be a federal agent? Ms. Harris didn't testify, actually, at trial. Okay, so what testimony are you- What are you saying, then, in terms of the clarification? What are you relying on? Mr. Arthur, for example, specifically said that Ms. Harris never said she was an FBI agent, and that was at- He said she was a federal agent. It didn't have to be an FBI agent. Well, I believe the issue there, again, would be if one reads the testimony carefully, there's never a situation where either one of these people said, she said, quote, I am a federal agent. Harris said that Arthur told him she was a federal agent, point blank. I believe that in context, however, it, again, that she was- she didn't represent herself as working under the authority. She flips out a little badge, okay? She makes that statement. She also- you have testimony that Harris threatened Mellon with ten years of hard time if Mellon didn't comply with what she was doing. Then you have a wife call, and, you know, there's this, I can't leave, you know, I can't talk now. And then the wife talks to Harris, and, you know, it's not only exactly what people say, but it's the natural inferences that flow from that, and I think you're pushing a pretty heavy rock uphill here on that. Perhaps, but I do believe that the statute does not speak specifically to the impressions of the individuals hearing these remarks. It speaks to the statements that are made by the individual. But if she said expressly she was a federal agent, how do you get around that? I believe she chose that the testimony, if one reads it in total, she chose her words relatively carefully and said, I'm working under the authority of Judge Terry Myers. She said she was a federal agent. Well, also, too, Harris told Mellon, according to Mellon, that he would have been handcuffed and hauled away. That seems like an arrest to me. I mean, it's not the normal. But she didn't say that she would handcuff him and haul him away. So, therefore, if she has other agents who may do something in the future, I believe that lacks the immediacy. And he said that her and her federal agents were going to meet at Nickerson. She makes her and her federal agents. There's testimony to that effect, too, that she's allegedly communicating with her federal agents. ER 246, Harris kept saying she was a federal agent, given powers by Federal Judge Terry Myers. Again, in that statement, I would believe that the term federal agent is referring more to the fact that she's given powers by a judge. If a judge, for example, appoints a special master or appoints a psychologist to do some sort of psych eval, our position is that that wouldn't necessarily make them a federal agent. That's one interpretation. But if your view of the evidence in the light most favorable to the government, is that interpretation compelled? That's the difficulty I see with your argument. We believe that, taken in context, that was the value. Did you have another argument this year? You exceeded your time. That's fine, Your Honor. Okay. We'll give you a minute or two for rebuttal. Thank you. All right. Thank you. May it please the Court? My name is Mike Mitchell, and I was trial counsel. I'm here on behalf of the United States here today. I was inclined to begin my discussion today with the sufficiency of the indictment argument, if that's what the Court would like to hear first. That's fine. You were there. You heard all the testimony. Yes, Your Honor. What was the clear implication of the testimony from the witnesses? I mean, was there any doubt regarding their testimony that she represented herself to be a federal agent? No, Your Honor. There was doubt with respect to whether or not she identified herself as an FBI agent. No doubt with respect to whether or not she identified herself as a federal agent. And, in fact, I've opened a copy of the record here, excerpts of record, page 330. This is on cross-examination of one of the witnesses, and the defense lawyer is actually challenging whether or not she actually identified herself as a federal agent. And the question is, because she said federal agents, having identified herself as a private investigator, you assume she was a federal. And then the response by the actual witnesses, she told me she was. And that was all of the testimony at trial. Each of these witnesses got up, were exposed to cross-examination on this issue, and all of them testified that she specifically identified herself as a federal agent. And, in fact, and I'm going to kind of transition with this into the sufficiency of the evidence argument, William Mellon testified that she identified herself as a federal agent under the authority of Honorable Judge Terry Myers. And so that's one of the issues. That's why this case was charged the way it was in terms of, you know, the charging document, the indictment, saying a federal agent and acting under authority of a federal judge or federal court. And that's because both William Mellon and Herb Arthur both testified that Harris said she was a federal agent acting under authority of Judge Terry Myers. And that can be found, again, at Excerpts of Record, page 404, 241, and 246. And that's where 241 and 246 being where Herb Arthur testified that she said she was acting under the authority of the Honorable Judge Terry Myers. So that was put in the indictment advisedly, that language? It was understood that she said she was working with FBI agents. And at the time the indictment was prepared, it was understood that the testimony would be that she was saying that she told them she was acting under the authority of a federal judge. And so, and I kind of want to go to this, this whole sufficiency of the indictment. As the court has already noted, this indictment contains all of the essential elements for a charge under 18 U.S.C. 913. There's no question about that. So the whole issue and the sole issue by the appellant is whether or not this is some amalgamation of 912 and 913. And I submit to the court it isn't. And the reason I make that statement is under U.S. v. Garcia-Paz, talking about what the words to wit mean. To wit has the same meaning as the phrase that is to say namely. And so it's an actual way for a prosecutor to revise an indictment and, I guess, put the court on notice and put the defendant on notice and defense counsel on notice regarding what specific allegation the United States is going to make and to describe the conduct further. So in this case, a whole reading, and the court needs to look at this as a whole reading of the indictment, the plain reading of the indictment, is that Harris falsely represented herself to be an officer, agent, and employee of the United States. To wit, so the United States is further refining that issue, an employee and special agent of the FBI, that's number one, and a federal agent, a federal agent, acting under the authority of a federal judge or federal court. So it's not like the United States only had to prove that she was acting under the authority that she was some assistant to Judge Terry Myers. No, the United States specifically charged that she was a federal agent acting under the authority of a federal judge or federal court, which is exactly what the witnesses were going to testify to during trial because that, the testimony shows, that's what Harris told them. And so I just submit that a plain reading of the indictment shows that this isn't an amalgamation at all, and in fact the United States is explaining to the defendant the type of testimony that's going to come and what we're going to prove at trial. Does the court have any additional questions for me? It appears not. If there's no further questions, I respectfully request that this court affirm the appellant's conviction and sentence. Thank you very much. All right, thank you. Counsel, we'll give you a couple minutes for rebuttal. Thank you. To be brief, I believe that the difficulty is that the acting under authority language simply didn't need to be in the indictment. This was not a charge where, such as a conspiracy case where there was a lengthy indictment where there could be confusion about which incidents we were discussing. Well, maybe it didn't need to be there, but does that invalidate the indictment? I think it diminishes the value of the idea that somehow this is clarifying what might otherwise be confusing, and in fact our argument is that it created confusion, and the government can claim that it's not an amalgamation of 9-12, but there's no doubt but that the language is essentially taken from 9-12. The acting under authority language is there, and it appears virtually verbatim here. Well, but it is a fact that she claims she was acting under this authority repeatedly, right? If the government believed that the proper charge was 9-12, the government could have alleged a charge of 9-12. Well, that doesn't necessarily mean the proper charge ought to be 9-12. It just tells you what the facts are, doesn't it? Again, the facts we believe are relatively clear. They admit only once or twice on that day, but if the government really believed that the acting under authority was a crucial factor for the grand jury, then it could very well have asked for an indictment under 9-12. It didn't. Having elected to go under 9-13, we believe that the proper step would have been to charge under 9-13, tracking only that language. All right. Thank you, counsel. Thank you to both counsel. The case, as argued, is submitted for decision by the court. This court stands at recess until 9 o'clock a.m. tomorrow morning.
judges: Cudahy, Rawlinson, Callahan